UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-5508-GW-PDx | Date | November 22, 2021 |
|---|---|---|---|
| Title | *Miriam Maldonado v. Susey Soo-Hee Chang, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On November 19, 2021, Plaintiff Miriam Maldonado filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court now sets an order to show re: settlement hearing for December 23, 2021 at 8:30 a.m. The hearing will be vacated and an appearance will not be required provided a dismissal is filed by noon on December 22, 2021.

:

Initials of Preparer    JG